# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2686
LT Case No. 2023-CC-25855
<mark>AMENDED</mark>

———————————————

RONALD E. KIBBEY,

    Appellant,

v.

BRANO'S ITALIAN GRILL, ROBERT
HILL AND JUNE FERREIRA A/K/A
JUNE EDWARDS,

    Appellees.

———————————————

On appeal from the County Court for Brevard County.
Kathryn C. Jacobus, Judge.

<mark>Ronald E. Kibbey, Cocoa, pro se.</mark>

No appearance for Appellee.

<mark>October 11, 2023</mark>

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____